UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | Case No.  2:24-cv-1676-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| B. EBERT, | |
| Defendant. | |

On May 4, 2026, plaintiff filed a motion to compel responses, ECF No. 43, wherein he appears to argue that defendant has not responded to his to his discovery requests.  To date, defendant has not responded.  Accordingly, within fourteen days, defendant shall file an opposition or statement of non-opposition to the motion.  If he fails to do so, I will adjudicate the motion as unopposed.

/////

/////

/////

/////

/////

/////

1

It is, therefore, ORDERED that, within fourteen days, defendant must respond to plaintiff's pending motion to compel, ECF No. 43, as directed by this order.

IT IS SO ORDERED.


Dated:    June 30, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE