UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ROBERT GALLEGOS,

Plaintiff,

v.

B. EBERT,

Defendant.

Case No. 2:24-cv-1676-DJC-JDP (P)

ORDER

On May 4, 2026, plaintiff filed a motion to compel discovery. ECF No. 43. On June 29, 2026, defendant's counsel submitted a declaration indicating that responses to plaintiff's discovery requests were re-served on him on May 28, 2026. ECF No. 51 at 3. Plaintiff has not submitted any filings disputing this contention, or otherwise arguing that those responses were deficient. Thus, I find that the motion to compel should be denied.

Accordingly, it is ORDERED that plaintiff's motion to compel, ECF No. 43, is DENIED.

IT IS SO ORDERED.

Dated: October 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE